**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAEVEN BOSWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:26-cv-00221-JFC |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF PITTSBURGH OF | ) | |
| THE COMMONWEALTH SYSTEM OF | ) | |
| HIGHER EDUCATION, and TORY | ) | |
| VERDI, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO ENTER SCHEDULING ORDER FOR
AMENDING THE COMPLAINT AND DEFENDANTS TO RESPOND**

Pursuant to Federal Rule of Civil Procedure 16, Plaintiff and Defendants, by and through their undersigned counsel, jointly move this Court for entry of an Order staying the time for Defendants to respond to the Complaint, permitting Plaintiff to file an Amended Complaint on or before April 15, 2026, and setting a deadline of May 27, 2026 for Defendants to respond to the Amended Complaint.  In support thereof, the Parties state as follows:

1.	Plaintiff filed the Complaint in this action on February 2, 2026.  Defendants' responses to the Complaint are currently due on April 10, 2026.

2.	Following the filing of the Complaint, the Parties met and conferred regarding the pleadings and arguments that Defendants anticipate asserting in motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

3.	In the interests of judicial economy, Plaintiff would like to amend her Complaint to attempt to address the pleading deficiencies identified by Defendants, prior to Defendants filing their Rule 12(b)(6) Motions.  Defendants consent to Plaintiff filing an Amended Complaint.

4.      Plaintiff needs a short amount of additional time to prepare her Amended Complaint beyond the current due date for Defendants' responses to the Complaint (April 10), and Defendants anticipate needing 42 days to respond to the Amended Complaint.[1]

5.      Accordingly, the Parties jointly request that the Court enter an order staying the time for Defendants to respond to the Complaint, permitting Plaintiff to file her Amended Complaint on or before April 15, 2026, and setting a deadline for Defendants to respond to the Amended Complaint on or before May 27, 2026.

6.      The District Court has inherent authority to control its docket pursuant to Federal Rule Civil Procedure 16.

WHEREFORE, the Parties respectfully request that this Court enter the attached Proposed Order granting this Joint Motion.

---

[1] Plaintiff's attorney represents five other plaintiffs who have filed separate lawsuits against Defendants, asserting similar claims.  The Parties are filing a similar joint motion in each of those lawsuits.

2

Dated: April 3, 2026

Respectfully submitted,

/s/ Keenan D. Holmes (by consent)
Keenan D. Holmes (PA ID 204520)
kh@ebonylaw.com
EBONY LAW, LLC
213 Smithfield Street
Pittsburgh, PA 15222
Telephone: (724) 263-7530

*Counsel for Plaintiff*

/s/ Jonathan D. Marcus
Jonathan D. Marcus (PA ID 312829)
jmarcus@marcus-shapira.com
Jeremy D. Engle (PA ID 324008)
engle@marcus-shapira.com
MARCUS & SHAPIRA LLP
301 Grant Street, 35th Floor
One Oxford Centre
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Counsel for Defendant University of Pittsburgh*

/s/ Matthew D. Racunas (by consent)
Matthew D. Racunas (PA ID 89070)
mracunas@racunaslawgroup.com
RACUNAS LAW GROUP, LLC
2611 Hayden Boulevard, Suite 2
Elizabeth, PA 15037
Telephone: 412-301-2400
Facsimile: 412-310-2401

*Counsel for Defendant Tony Verdi*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 3, 2026, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

*/s/ Jonathan D. Marcus*
Jonathan D. Marcus