**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAEVEN BOSWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:26-cv-00221-JFC |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF PITTSBURGH OF | ) | |
| THE COMMONWEALTH SYSTEM OF | ) | |
| HIGHER EDUCATION, and TORY | ) | |
| VERDI, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

AND NOW, this ___ day of April, 2026, upon consideration of the Parties' Joint Motion it is hereby ORDERED that the Motion is GRANTED. The time for Defendants to respond to the Complaint is stayed. Plaintiff shall file her Amended Complaint on or before April 15, 2026. Defendants shall file their responses to the Amended Complaint on or before May 27, 2026.

BY THE COURT:

_____
The Honorable Joy Flowers Conti
United States District Judge